IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| TRACEY A. WAGNER, | ) |
| Plaintiff, | ) |
| v. | ) No.  13-CV-1092 |
| COMMISSIONER OF SOCIAL SECURITY, | ) |
| Defendant. | ) |

## REPORT AND RECOMMENDATION

BYRON G. CUDMORE, U.S. MAGISTRATE JUDGE:

On March 4, 2013, *pro se* Plaintiff filed her Complaint herein requesting to proceed *in forma pauperis*.  Plaintiff's request to proceed *in forma pauperis* was denied by the Court by Text Order of March 26, 2013 setting a deadline of April 30, 2013 for payment of the filing fee in full. The Text Order of March 26, 2013 advised if timely payment was not received, the case was subject to dismissal for want of prosecution.   As of this date, *pro se* Plaintiff has failed to comply with payment in proper form of the $350.00 filing fee.   The Court recommends that *pro se* Plaintiff's Complaint be dismissed for want of prosecution.

Plaintiff is advised that any objection to this Report and Recommendation must be filed in writing with the Clerk of the Court within

fourteen days after being served with a copy of this Report and Recommendation.  See 28 U.S.C. § 636(b)(1).  Failure to file a timely objection will constitute a waiver of objections on appeal.  <u>Video Views, Inc. v. Studio 21, Ltd.</u>, 797 F.2d 538, 539 (7th Cir. 1986).  See Local Rule 72.2.

The Clerk of the Court is directed to send a copy of this Report and Recommendation to *pro se* Plaintiff at her last known address.

ENTER:   May 3, 2013

FOR THE COURT:

_____*s/ Byron G. Cudmore*_____
BYRON G. CUDMORE
UNITED STATES MAGISTRATE JUDGE