IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| TRACEY A. WAGNER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO. 13-1092 |
| | ) | |
| COMMISSIONER OF SOCIAL SECURITY, | ) ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

RICHARD MILLS, U.S. District Judge:

This case is before the Court on the Report and Recommendation entered by United States Magistrate Judge Byron G. Cudmore.

On March 4, 2013, *pro se* Plaintiff Tracey A. Wagner filed her Complaint and requested to proceed *in forma pauperis*.  On March 26, 2013, the Plaintiff's request to proceed *in forma pauperis* was denied by the Court and the Plaintiff was directed to pay the filing fee in full by April 30, 2013. The Text Order of March 26, 2013 advised the Plaintiff that if timely payment was not received, the case was subject to dismissal for want of prosecution.

Judge Cudmore's Report and Recommendation was entered on May 3, 2013.  As of that date, the *pro se* Plaintiff had failed to comply with payment in proper form of the $350.00 filing fee.  On that basis, Judge Cudmore recommended that the *pro se* Plaintiff's Complaint be dismissed for want of prosecution.

No party has filed objections to Judge Cudmore's Report and Recommendation.  Moreover, the Plaintiff did not pay the $350.00 filing fee.

Ergo, the Court hereby Adopts the Report and Recommendation [d/e 3] entered by United States Magistrate Judge Byron G. Cudmore.

This case is DISMISSED for want of prosecution.

The Clerk is Directed to terminate the case.

ENTER: May 24, 2013

                        FOR THE COURT:

                                          *s/Richard Mills*
                                          Richard Mills
                                          United States District Judge